PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 1:12 CR 52 LG-RHW

LARRY FORT BENNETT, JR.
(Wherever Found)


The Clerk of said Court will issue a warrant, an indictment against the above-named

defendant having been filed in the above-entitled cause on the 25th day of July,

2012.

This the 25th day July, 2012.



                                        GREGORY K. DAVIS
                                        United States Attorney


                        By:  _____
                                        JOHN A. MEYNARDIE
                                        Assistant U.S. Attorney
                                        MS Bar # 9912


Warrant issued:  _____

JAM/ DEA