AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 16 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

United States of America )
v. )
LARRY FORT BENNETT, JR. )  Case No: 1:12cr52LG-RHW-003
 )  USM No: 46957-379
Date of Original Judgment: 03/25/2014 )
Date of Previous Amended Judgment: _____ )  Mike Scott
(Use Date of Last Amended Judgment if Any)    Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (*as reflected in the last judgment issued*) of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/25/2014  shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 8/15/2016

Judge's signature

Effective Date: _____
*(if different from order date)*

Louis Guirola, Jr., Chief U.S. District Court Judge
Printed name and title